# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: APPOINTMENT TO CRIMINAL PROCEDURAL RULES COMMITTEE | : No. 486<br>:<br>: CRIMINAL PROCEDURAL RULES<br>:<br>: DOCKET<br>:<br>: |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of February, 2017, Michelle A. Henry, Esquire, Dauphin County, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing March 1, 2017.